UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                     )
JASPAL SINGH WALIA,                  )
                                     )   No. C07-1251RSL
                 Plaintiff,          )
         v.                          )
                                     )   ORDER DENYING MOTION TO
SEATTLE GOODWILL, *et al.*,          )   STRIKE
                                     )
                 Defendants.         )
_____)

        This matter comes before the Court on defendant Seattle Goodwill's "Motion to Strike Plaintiff's Motion for Court Appointed Counsel." Dkt. # 8. The motion for appointment of counsel was filed on November 8, 2007, more than two weeks before Goodwill was served with the summons and complaint. Defendant objects to the motion because plaintiff did not serve it on Goodwill pursuant to Fed. R. Civ. P. 5. Defendant cites no rule, case law, or statute which imposes upon a litigant a duty to serve copies of all previously-filed documents along with the complaint. Because Rule 5 specifically excludes from the general service requirement motions which can be decided *ex parte*, defendant's motion to strike plaintiff's motion for appointment of counsel is DENIED.

ORDER DENYING MOTION TO STRIKE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 4th day of December, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO STRIKE           -2-