UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JASPAL SINGH WALIA,                     )
                                        )   No. C07-1251RSL
                    Plaintiff,          )
         v.                             )
                                        )   ORDER GRANTING PLAINTIFF'S
SEATTLE GOODWILL, *et al.*,             )   MOTION TO EXTEND TIME TO
                                        )   FILE NOTICE OF APPEAL
                    Defendants.         )
_____)

       This matter comes before the Court on plaintiff's "Motion to Extend Time to File a Notice of Appeal Against the Minute Order Enetered [sic] on 5/06/08." Dkt. # 30. On August 13, 2007, plaintiff filed a *pro se* complaint in this Court pursuant to Title VII of the Civil Rights Act of 1964. Dkt. # 1. Upon recommendation of the Pro Bono Screening Committee, the Court denied plaintiff's motion for appointment of counsel on May 6, 2008. That order is immediately appealable as a collateral order under 28 U.S.C. § 1291. See Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301, 1305-06 (9th Cir. 1981).

       Plaintiff having shown good cause and/or excusable neglect, the Court hereby GRANTS his motion for an extension of time in which to file a notice of appeal regarding the May 6, 2008, Minute Order. Because the motion was filed within thirty days of entry of the Minute Order, the matter may be considered ex parte and the Court need not wait for a response from defendants. Fed. R. App. P. 4(a)(5).

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND TIME TO FILE NOTICE OF APPEAL

For all of the foregoing reasons, plaintiff shall have an additional thirty days to file a notice of appeal regarding the May 6, 2008, Minute Order. Because the sixty-day mark falls on the July 4th holiday weekend, plaintiff is strongly advised to file his notice of appeal on or before July 3, 2008.

Dated this 22nd day of May, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND TIME TO FILE NOTICE OF APPEAL        -2-